GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUSTAVO A. LOPEZ, an Indiviual,<br><br>Plaintiff,<br><br>vs.<br><br>BOTTLING GROUP, LLC d/b/a PEPSI BEVERAGE COMPANY; a Limited Liability Company, and DOES 1-10; and ROE CORPORATIONS, COMPANIES AND /OR PARTNERSHIPS 11-20, inclusive;<br><br>Defendants. | Case No.: 12-CV-01146-MMD-VCF<br><br>**PLAINTIFF'S REQUEST TO SET THIS MATTER FOR SETTLEMENT STATUS IN 45 DAYS** |

Now Comes Plaintiff Gustavo Lopez, by and through his attorney of record, Christian Gabroy, Esq. of Gabroy Law Offices, and hereby requests that this matter be placed for settlement status in 45 days.

On October 2, 2012, this matter was resolved.  Since Plaintiff filed for bankruptcy protection in 2009, Plaintiff must have this settlement approved by the bankruptcy estate.

Undersigned counsel has been in contact with Plaintiff's trustee and Plaintiff's

bankruptcy attorneys' office, the law offices of Randolph Goldberg. Such office has informed Plaintiff's counsel that such office does not handle such motions in the bankruptcy proceeding.

As such, Plaintiff's undersigned counsel will proceed with filing the appropriate motion, hopefully, next week, in the bankruptcy proceeding. As such, Plaintiff requests an extension to formalize such dismissal of this action in accordance with the bankruptcy proceedings.

DATED:  _10/19/2012_

By: _____/s/_____
Christian Gabroy
Gabroy Law Offices
170 S. Green Valley Pkwy, Suite 280
Henderson, Nevada 89012
(702) 259-7777
Attorney for Plaintiff

## ORDER

The parties must file a status report on or before December 8, 2012.
IT IS SO ORDERED.

**DATED THIS** 24th **DAY OF** October **, 2012**

_____       10-24-2012
        Magistrate Judge                    Date