UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUSTAVO A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>BOTTLING GROUP, LLC d/b/a PEPSI BOTTLING GROUP, a limited liability company; and DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01146-MMD-VCF<br><br>ORDER<br><br>(Def.'s' Partial Mtn. to Dismiss – dkt. no. 6;<br>Def.'s' Renewed Partial Mtn. to Dismiss – dkt. no. 13) |

The parties resolved this matter on October 2, 2012. In its Joint Settlement Status Report (dkt. no. 26), the parties represent that they remain committed to finalizing the settlement and are awaiting approval of the settlement in Plaintiff's bankruptcy proceedings.

IT IS THEREFORE ORDERED that the parties shall file a joint status report by February 11, 2013, to update the Court on the status of the Bankruptcy Court's settlement approval.

IT IS FURTHER ORDERED that Defendant's Partial Motion to Dismiss (dkt. no. 6) and Renewed Partial Motion to Dismiss (dkt. no. 13) are DENIED.

DATED THIS 3rd day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE