Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GUSTAVO A. LOPEZ,

Plaintiff,

v.

BOTTLING GROUP, LLC d/b/a PEPSI BOTTLING GROUP; a Limited Liability Company; and DOES 1-10; and ROE CORPORATIONS, COMPANIES AND/OR PARTNERSHIPS 11-20; inclusive

Defendants.

Case No. 2:12-CV-01146-MMD-VCF

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROBERT KOVAL, and Defendant BOTTLING GROUP, LLC dba PEPSI BOTTLING GROUP, by and through their undersigned counsel of record, Jackson Lewis LLP, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

///

///

///

Further, this Court shall retain jurisdiction over any dispute arising out of the out-of-court resolution of this matter.

DATED this 11th day of February, 2012.

GABROY LAW OFFICES

/s/Christian Gabroy
Christian Gabroy, Bar # 8805
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*

JACKSON LEWIS LLP

/s/Lisa A. McClane
Veronica Arechederra Hall, Bar No. 5855
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs, and that this Court shall retain jurisdiction over any dispute arising out of the out-of-court resolution of this matter.

DATED this 12th day of February, 2013.

U.S. District Judge